IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Misc. Action 08-0015-CG-M |
| WEYBURN J. LEE, | : |
| Defendant. | : |

<u>ORDER</u>

On December 3, 2008, Plaintiff United States of America filed a Motion to Dismiss and to Cancel Hearing (Doc. 8). In the Motion, Plaintiff states that Defendant has now complied with the Internal Revenue Service summons and there is no longer any need to enforce the summons or to hold a hearing on enforcement. Therefore, Plaintiff's Motion to Dismiss and to Cancel Hearing is hereby **GRANTED** and this action is **DISMISSED**.

DONE this 9th day of December, 2008.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE